## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**FRANK VEGEL, et al.,**

                        **Plaintiff(s),**

     **vs.**

**DETROIT ENTERTAINMENT, L.L.C., et al.,**

                        **Defendant(s).**

_____/

**CASE NO. 02-73720**

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                                  s/ DENISE PAGE HOOD
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 29, 2008, by electronic and/or ordinary mail.

                                                  S/William F. Lewis
                                                  Case Manager